FORM CACB van156–od13vdrr
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
## OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(2) and 1307(b)]

**DEBTOR INFORMATION:**
Peter Ross Farmer, Jr.

**BANKRUPTCY NO.** 1:15–bk–12423–MB

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–5974
Employer Tax–Identification (EIN) No(s).(if any): N/A
**Debtor Dismissal Date:** 8/14/17

**Address:**
17645 Lemarsh St
Northridge, CA 91325

Based on debtor's request and because this is a dismissal on request of the debtor after a motion for relief from the automatic stay has been filed, IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed;

(2) the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law; and

(3) debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Dated: August 14, 2017

BY THE COURT,

**Martin R. Barash**
United States Bankruptcy Judge

Form van156–od13vdrr Rev. 06/2017

**53 – 50 / KO**